IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TRAVAILS DOTSON                                                    PLAINTIFF

vs.                              Civil No. 4:13-cv-4020

SHERIFF BUTCH MORRIS;
JOEY DAVIS; WILLIAM BELL;
and JUSTIN THORTHEN                                              DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed January 6, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 23).  Judge Bryant recommends that the above-styled case be dismissed for failure to state a claim under section 1983.  The parties have not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Therefore, the Court adopts the Report and Recommendation *in toto*.  Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 27th day of January, 2014.


/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District